**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**JOHNNIE E. JEFFERSON**                                           **PLAINTIFF**

**VS.**                           **CIVIL ACTION NO. 3:03CV1327–WHB–JCS**

**BAYER CORPORATION, ET AL**                               **DEFENDANTS**

### ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal executed on October 18, 2006, by counsel for Plaintiff and counsel for Defendants, all claims of the Plaintiff, Johnnie Jefferson, against Defendants Block Drug Company, Inc. and Glaxosmithkline Consumer Healthcare, L.P., are hereby dismissed with prejudice.

SO ORDERED this the 23rd day of October, 2006.

                                                          s/William H. Barbour, Jr.
                                                          UNITED STATES DISTRICT JUDGE